| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 07/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2018 to 12/31/2018 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 6. | Trustee and Secretary | Board of Trustees, American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Continuing Legal Education In Colorado, Inc. | January 4-7, 2018 | Vail, CO | National CLE Conference | Transportation, meals, hotel |
| 2. | State Bar of Texas | January 11, 2018 | Austin, TX | Panelist | Transportation, meals, hotel |
| 3. | American Bar Association | January 17-21, 2018 | Honolulu, HI | Section of Litigation Winter Leadership Meeting | Transportation, meals, hotel |
| 4. | The Sedona Conference | February 25-27, 2018 | Washington, DC | Panelist | Transportation, meals, hotel |
| 5. | New York Intellectual Property Law Association | March 22-24, 2018 | New York, NY | Dinner for the Judiciary | Transportation, meals, hotel |
| 6. | American Bar Association | May 1-6, 2018 | San Diego, CA | Section Annual Conference | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | American Inns of Court | May 31-June 3, 2018 | Denver, CO | Board Meeting | Transportation, meals, hotel |
| 8. | American Inns of Court | October 19-21, 2018 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 9. | American Bar Association | November 15-16, 2018 | Houston, TX | Section of Litigation 2018 Professional Success Summit | Transportation, meals, hotel |
| 10. | University of California, Berkeley | December 5-8, 2018 | Palo Alto, CA | Panelist | Transportation, meals, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-20) | | | | | | | | | |
| 2. -Vanguard Ext Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 3. -Vanguard Int Term TE Adm | F | Dividend | P1 | T | | | | | |
| 4. -Vanguard Long Term TE Adm | E | Dividend | O | T | | | | | |
| 5. -Vanguard Ltd Term TE Adm | E | Dividend | P1 | T | Redeemed (part) | 01/08/18 | J | | |
| 6. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/21/18 | J | | |
| 7. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/23/18 | J | | |
| 8. -Vanguard Ltd Term TE Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 9. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/21/18 | J | | |
| 10. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/27/18 | J | | |
| 11. -Vanguard Ltd Term TE Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 12. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/25/18 | K | | |
| 13. -Vanguard Ltd Term TE Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 14. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/14/18 | J | | |
| 15. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/18/18 | J | | |
| 16. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/21/18 | J | | |
| 17. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ttl Int Stock Index Adm | E | Dividend | O | T | | | | | |
| 19. -Vanguard Ttl Stk Idx Adm | G | Dividend | P2 | T | | | | | |
| 20. -Vamgiard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 21. Vanguard Account #2 (includes 22) | | | | | | | | | |
| 22. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 23. Vanguard Account #3 (includes 24-38) | | | | | | | | | |
| 24. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | Redeemed (part) | 01/08/18 | J | | |
| 25. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 26. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 27. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 28. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/21/18 | J | | |
| 29. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/23/18 | J | | |
| 30. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/21/18 | J | | |
| 31. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/25/18 | J | | |
| 32. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/27/18 | J | | |
| 33. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/21/18 | J | | |
| 34. -Vanguard Long Term TE Adm | A | Dividend | J | T | Buy (add'l) | 09/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Ttl Stk Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 36. -Vanguard Ttl Int Stock Idx Adm | C | Dividend | M | T | | | | | |
| 37. -Vanguard Federal Money Market | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 38. -Vanguard Federal Money Market | | | | | Sold | 09/10/18 | J | | |
| 39. Vanguard Account #4 (includes 40) | | | | | | | | | |
| 40. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 41. Vanguard Account #5 (includes 42) | | | | | | | | | |
| 42. -Vanguard Tax-Exempt Money Mkt | A | Dividend | L | T | | | | | |
| 43. Vanguard R/O IRA #1 (includes 44-50) | | | | | | | | | |
| 44. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 45. -Vanguard Ttl Bond Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 46. -Vanguard Ttl Int Bond Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 47. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | Redeemed (part) | 01/08/18 | J | | |
| 48. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 49. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 50. -Vanguard ST Inv Grade Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 51. Vanguard IRA #1 (includes 52-55) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Total Bond Mkt Idx Adm | C | Dividend | M | T | Redeemed (part) | 01/08/18 | J | | |
| 53. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 54. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 55. -Vanguard Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 56. Trust #1 (includes 57-62) | | | | | | | | | |
| 57. -Vanguard Int Term TE Adm | C | Dividend | | | Redeemed | 09/06/18 | M | | |
| 58. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy (add'l) | 04/30/18 | J | | |
| 59. -Vanguard Prime Money Mkt | | | | | Redeemed | 09/06/18 | J | | |
| 60. -Vanguard Ttl Int Stock Index Adm | A | Dividend | | | Redeemed | 09/06/18 | L | | |
| 61. -Vanguard Ttl Stk Index Adm | C | Dividend | | | Redeemed | 09/06/18 | N | | |
| 62. - Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 63. Trust #2 (includes 64-73) | | | | | | | | | |
| 64. -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | N | T | | | | | |
| 65. -Vanguard Ttl Stock Ix Adm | E | Dividend | O | T | Redeemed (part) | 01/08/18 | J | | |
| 66. -Vanguard Ttl Stock Ix Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 67. -Vanguard Ttl Stock Ix Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 68. -Vanguard Ttl Stock Ix Adm | | | | | Redeemed (part) | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Ttl Stock Ix Adm | | | | | Sold (part) | 11/06/18 | N | G | |
| 70. -Vanguard Long Term TE Adm | A | Dividend | M | T | Buy | 11/06/18 | M | | |
| 71. -Vanguard Inter Term TE Adm | A | Dividend | M | T | Buy | 11/06/18 | M | | |
| 72. -Vanguard Limited Term TE Adm | A | Dividend | M | T | Buy | 11/06/18 | M | | |
| 73. - Pioneeer Natural Resources | A | Dividend | J | T | | | | | |
| 74. Vanguard Trust #3 (includes 75-77) | | | | | | | | | |
| 75. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy (add'l) | 04/30/18 | J | | |
| 76. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 11/26/18 | J | | |
| 77. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 11/28/18 | J | | |
| 78. Vanguard SEP IRA #1 (includes 79-82) | | | | | | | | | |
| 79. -Total Bond Mkt Idx Adm | B | Dividend | L | T | Redeemed (part) | 01/08/18 | J | | |
| 80. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 81. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 82. -Total Bond Mkt Idx Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 83. Vanguard R/O IRA #1 (inlcudes 84-92) | | | | | | | | | |
| 84. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 85. -Vanguard Ttl Bd Mkt Idx Adm | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Ttl Int Bd Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 87. -Vanguard ST Inv Grd Adm | D | Dividend | N | T | Redeemed (part) | 01/08/18 | J | | |
| 88. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 89. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 90. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 91. Vanguard R/O IRA #2 (includes 92-103) | | | | | | | | | |
| 92. -Vanguard Int Inv Grd Adm | E | Dividend | P1 | T | | | | | |
| 93. -Vanguard ST Inv Grd Adm | E | Dividend | O | T | Redeemed (part) | 01/08/18 | J | | |
| 94. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 95. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 96. -Vanguard ST Inv Grd Adm | | | | | Buy (add'l) | 09/10/18 | M | | |
| 97. -Vanguard ST Inv Grd Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 98. -Vanguard Ttl Intl Bond Ix Adm | E | Dividend | O | T | Buy (add'l) | 06/08/18 | M | | |
| 99. -Vanguard Ttl Intl Bond Ix Adm | | | | | Buy (add'l) | 09/10/18 | M | | |
| 100. -Vanguard Federal Money Market | A | Dividend | J | T | Buy | 06/07/18 | N | | |
| 101. -Vanguard Federal Money Market | | | | | Sold | 06/08/18 | M | | |
| 102. -Vanguard Federal Money Market | | | | | Buy | 08/29/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Federal Money Market | | | | | Sold | 09/10/18 | M | | |
| 104. Vanguard IRA (includes 105-108) | | | | | | | | | |
| 105. -Vanguard Ttl Bond Mkt Ix Adm | C | Dividend | M | T | Redeemed (part) | 01/08/18 | J | | |
| 106. -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 107. -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 108. -Vanguard Ttl Bond Mkt Ix Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 109. Vanguard Trust #1 (no activity for 2018) | | | | | | | | | |
| 110. Vanguard Trust #2 (includes 111-112) | | | | | | | | | |
| 111. -Vanguard LifeStrat Mod Growth | C | Dividend | M | T | Buy (add'l) | 12/01/18 | J | | |
| 112. -Vanguard Tax EX MM | A | Dividend | J | T | | | | | |
| 113. Investments Ltd (includes 114-129) | | | | | | | | | |
| 114. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 115. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/21/18 | J | | |
| 116. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/23/18 | K | | |
| 117. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/21/18 | K | | |
| 118. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/27/18 | K | | |
| 119. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/25/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/14/18 | J | | |
| 121. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/18/18 | K | | |
| 122. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/21/18 | K | | |
| 123. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 124. -Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | | | | | |
| 125. -Vanguard Ltd-Term TE Adm | E | Dividend | P1 | T | Redeemed (part) | 01/08/18 | J | | |
| 126. -Vanguard Ltd-Term TE Adm | | | | | Redeemed (part) | 04/02/18 | J | | |
| 127. -Vanguard Ltd-Term TE Adm | | | | | Redeemed (part) | 07/02/18 | J | | |
| 128. -Vanguard Lt-Term TE Adm | | | | | Redeemed (part) | 10/01/18 | J | | |
| 129. -Vanguard Ext Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 130. Management Ltd (includes 131) | | | | | | | | | |
| 131. -Vanguard Federal Money Market | A | Dividend | J | T | | | | | |
| 132. 401k-LHPC Profit Sharing and Cash Balance | | None | M | T | | | | | |
| 133. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 134. JP Morgan Chase | A | Interest | J | T | | | | | |
| 135. Comerica | D | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions.  I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544